IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Watkins C Dweh<br>Debtor | ) ) ) ) ) | Chapter 13<br><br>No. 19-10432-JKF |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor

Date:5/9/19