IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    Chapter 13

Watkins C Dweh                        :    Case No. 19-10432-JKF
xxx-xx-0848

         Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

   $335.00 EVERY TWO WEEKS beginning June 2019 for 8 months
         then as follows $385.00 for 12 months,
              $435.00 for 12 months,
              $485.00 for 12 months,
      and $535.00 for the remaining 12 months
                          .

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

                                      _____
**Date: June 24, 2019**                HONORABLE JEAN K. FITZSIMON      DATED:
                                      UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>

Scott F. Waterman, Esq., Trustee
PO Box 680
Memphis, TN  38101-1799

Payroll Controller
Invision
12450 Perry Highway
Wexford, PA 15090

David M. Offen Esq.
Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600