United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10432-jkf
Watkins C Dweh                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR           Page 1 of 1         Date Rcvd: Jun 25, 2019
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
db            +Watkins C Dweh,    2629 S 70th Street,    Philadelphia, PA 19142-2103
              +Payroll Controller,    Invision,    12450 Perry Highway,    Wexford, Pa 15090-7387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Watkins C Dweh dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
      SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                         TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Watkins C Dweh : Case No. 19-10432-JKF
xxx-xx-0848

Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$335.00 EVERY TWO WEEKS beginning June 2019 for 8 months
then as follows $385.00 for 12 months,
$435.00 for 12 months,
$485.00 for 12 months,
and $535.00 for the remaining 12 months
.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*[Signature: Jean K. FitzSimon]*

**Date: June 24, 2019**

HONORABLE JEAN K. FITZSIMON     DATED:
UNITED STATES BANKRUPTCY JUDGE

Case 19-10492-jkf Doc 28-1 Filed 06/25/19 Entered 06/25/19 16:52:14 Desc Proposed Order    Page 2 of 2

| | |
|---|---|
| <u>Make checks payable to:</u> | David M. Offen Esq. |
| Scott F. Waterman, Esq., Trustee | Suite 160 West, Curtis Ctr. |
| PO Box 680 | Philadelphia, PA 19106 |
| Memphis, TN  38101-1799 | (215) 625-9600 |

Payroll Controller
Invision
12450 Perry Highway
Wexford, PA 15090