**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re      Watkins C. Dweh              ) Chapter 13
                 Debtor                 )
                                        ) No.  19-10432-JKF
                                        )
                                        )

<u>**CERTIFICATION OF NO RESPONSE**</u>

   I hereby certify that I have received no answer, objection, or
other responsive pleading to the Motion to Modify Plan and
respectfully request that the Order attached to the Motion be
approved.

                              <u>/s/David M. Offen</u>
                              David M. Offen
                              Attorney for Debtor(s)

Date: 11/1/19