```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

         IN RE:                  :     CHAPTER 13
                                 :
         Watkins C. Dweh         :
              Debtor             :     No. 19-10432-JKF
```

O R D E R

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $3,171.42 has been paid to the Trustee over 8 months and the Debtor shall pay $332.00 per month for the remaining 52 months for a total base amount of $20,435.42 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Date: December 16, 2019**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Watkins C. Dweh