| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-10432-AMC

WATKINS C DWEH
2629 S 70TH STREET
PHILADELPHIA  PA    19142

Petition Filed Date: 01/24/2019
341 Hearing Date: 03/01/2019
Confirmation Date: 07/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/26/2019 | $470.00 | 25660431437 | 04/30/2019 | $470.00 | 25660411885 | 05/21/2019 | $470.00 | 25660416633 |
| 07/08/2019 | $470.00 | 25985225474 | 07/16/2019 | $335.00 | 114196 | 07/30/2019 | $233.54 | 114367 |
| 08/13/2019 | $233.53 | 114636 | 08/27/2019 | $244.67 | 114806 | 09/10/2019 | $244.68 | 115143 |
| 09/27/2019 | $335.00 | 115332 | 10/08/2019 | $214.97 | 115656 | 10/23/2019 | $335.00 | 115887 |
| 11/05/2019 | $335.00 | 116191 | 11/20/2019 | $166.00 | 116418 | 12/03/2019 | $166.00 | 116832 |
| 12/17/2019 | $166.00 | 117038 | 12/30/2019 | $166.00 | 117301 | 01/14/2020 | $166.00 | 117526 |
| 01/28/2020 | $166.00 | 117725 | 02/11/2020 | $166.00 | 118023 | 02/25/2020 | $166.00 | 118217 |
| 03/10/2020 | $166.00 | 118550 | 03/24/2020 | $166.00 | 118738 | 04/07/2020 | $166.00 | 119034 |
| 04/21/2020 | $166.00 | 119209 | 05/05/2020 | $166.00 | 119498 | 05/19/2020 | $166.00 | 119681 |
| 06/02/2020 | $166.00 | 119974 | 06/16/2020 | $166.00 | 120140 | 06/30/2020 | $166.00 | 120404 |
| 07/14/2020 | $166.00 | 120610 | 07/28/2020 | $166.00 | 120787 | | | |

**Total Receipts for the Period:  $7,545.39    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,545.39**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ASHLEY FUNDING SVCS LLC »» 002 | Unsecured Creditors | $410.50 | $0.00 | $410.50 |
| 5 | ASHLEY FUNDING SVCS LLC »» 005 | Unsecured Creditors | $77.65 | $0.00 | $77.65 |
| 4 | PA DEPARTMENT OF REVENUE »» 04P | Priority Crediors | $1,504.59 | $1,504.59 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 04U | Unsecured Creditors | $60.64 | $0.00 | $60.64 |
| 6 | PHFA »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $13,650.70 | $1,968.54 | $11,682.16 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Unsecured Creditors | $8,473.11 | $0.00 | $8,473.11 |
| 8 | DAVID M OFFEN ESQUIRE »» 008 | Attorney Fees | $3,224.00 | $3,224.00 | $0.00 |

**Chapter 13 Case No. 19-10432-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,545.39 | Current Monthly Payment: | $332.00 |
| Paid to Claims: | $6,697.13 | Arrearages: | ($1,053.97) |
| Paid to Trustee: | $698.86 | Total Plan Base: | $20,435.42 |
| Funds on Hand: | $149.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.