| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-10432-AMC

| | |
|---|---|
| WATKINS C DWEH | Petition Filed Date: 01/24/2019 |
| 2629 S 70TH STREET | 341 Hearing Date: 03/01/2019 |
| PHILADELPHIA PA    19142 | Confirmation Date: 07/31/2019 |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $166.00 | 117526 | 01/28/2020 | $166.00 | 117725 | 02/11/2020 | $166.00 | 118023 |
| 02/25/2020 | $166.00 | 118217 | 03/10/2020 | $166.00 | 118550 | 03/24/2020 | $166.00 | 118738 |
| 04/07/2020 | $166.00 | 119034 | 04/21/2020 | $166.00 | 119209 | 05/05/2020 | $166.00 | 119498 |
| 05/19/2020 | $166.00 | 119681 | 06/02/2020 | $166.00 | 119974 | 06/16/2020 | $166.00 | 120140 |
| 06/30/2020 | $166.00 | 120404 | 07/14/2020 | $166.00 | 120610 | 07/28/2020 | $166.00 | 120787 |
| 08/25/2020 | $166.00 | 121283 | 09/09/2020 | $166.00 | 121591 | 09/22/2020 | $166.00 | 121750 |
| 10/20/2020 | $332.00 | 122233 | 11/03/2020 | $166.00 | 122525 | 11/17/2020 | $166.00 | 122710 |
| 12/01/2020 | $166.00 | 123012 | 12/16/2020 | $166.00 | 123187 | 01/05/2021 | $166.00 | 123451 |
| 01/19/2021 | $166.00 | 123636 | 01/27/2021 | $166.00 | 123833 | 02/09/2021 | $166.00 | 124130 |
| 03/01/2021 | $166.00 | 124323 | 03/10/2021 | $166.00 | 124638 | 03/23/2021 | $166.00 | 124830 |
| 04/06/2021 | $166.00 | 125218 | 04/20/2021 | $166.00 | 125467 | 05/04/2021 | $166.00 | 125756 |
| 05/18/2021 | $166.00 | 125928 | 06/04/2021 | $166.00 | 126158 | | | |

**Total Receipts for the Period: $5,976.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $11,031.39**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | ASHLEY FUNDING SVCS LLC<br>»» 002 | Unsecured Creditors | $410.50 | $0.00 | $410.50 |
| 5 | ASHLEY FUNDING SVCS LLC<br>»» 005 | Unsecured Creditors | $77.65 | $0.00 | $77.65 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $1,504.59 | $1,504.59 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $60.64 | $0.00 | $60.64 |
| 6 | PHFA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Secured Creditors | $13,650.70 | $5,180.64 | $8,470.06 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Unsecured Creditors | $8,473.11 | $0.00 | $8,473.11 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $3,224.00 | $3,224.00 | $0.00 |

**Chapter 13 Case No. 19-10432-AMC**

| SUMMARY |
| :---: |

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $11,031.39 | Current Monthly Payment: | $332.00 |
| Paid to Claims: | $9,909.23 | Arrearages: | ($1,219.97) |
| Paid to Trustee: | $972.76 | Total Plan Base: | $20,435.42 |
| Funds on Hand: | $149.40 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.