IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Watkins C. Dweh | : Case No. 19-10432-amc |
| Debtor(s) | |

<u>NOTICE OF PRAECIPE TO CHANGE ADDRESS</u>

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new address as follows:

# 2928 South Robinson Street
# Philadelphia PA 19142

<u>/s/ David M. Offen</u>
David M. Offen, Esquire
The Curtis Center
601 Walnut Street
1st Floor, Suite 160 West
Philadelphia, PA 19106
215-625-9600

Dated:  February 28, 2023