United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-10432-amc

Watkins C Dweh Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Sep 25, 2023      Form ID: 138OBJ      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Watkins C Dweh, 2928 South Robinson Street, Philadelphia, PA 19142-3418 |
| 14281028 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty for Toyota Motor Credit Corporation, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14262832 | + | Office of UC Benefits, Claimant Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 14262833 | | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14262834 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14262835 | + | Suzana Tarley, 641 35th Street, Apt. 17, Des Moines, IA 50312-3334 |
| 14323392 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald Esq., KML Law Group P.C., 701 Market Street, ste 5000, Philadelphia Pa 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2023 01:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14274869 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2023 00:56:07 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14342188 | | Email/Text: megan.harper@phila.gov | Sep 26 2023 01:13:00 | Water Revenue Bureau, Pamela Eichert Thurmond, Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102-1595 |
| 14262830 | ^ | MEBN | Sep 25 2023 23:29:49 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14262831 | | Email/Text: govtaudits@labcorp.com | Sep 26 2023 01:13:00 | Laboratory Corp. of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14289150 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2023 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14301609 | + | Email/Text: blegal@phfa.org | Sep 26 2023 01:13:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14262838 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 26 2023 01:13:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14270879 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 26 2023 01:13:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14393126 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2023 00:55:45 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 10

Case 19-10432-amc    Doc 84    Filed 09/27/23    Entered 09/28/23 00:33:33    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2023 | Form ID: 138OBJ | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14262836 | *+ | Suzana Tarley, 641 35th Street, Apt. 17, Des Moines, IA 50312-3334 |
| 14262837 | *+ | Suzana Tarley, 641 35th Street, Apt. 17, Des Moines, IA 50312-3334 |
| 14262839 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14283028 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2023          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:

**Name**            **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID M. OFFEN
on behalf of Debtor Watkins C Dweh dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KEVIN G. MCDONALD
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Watkins C Dweh

    Debtor(s)

Case No: 19−10432−amc

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/25/23

83 − 82
Form 138OBJ